E-Filing

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) |
| vs. | ) Docket Number: CR 05-0283-12 JSW |
| FETONGI MAMAHI SANFT | ) |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___February 28, 2006___ be continued until ___April 20, 2006___ at ___2:30 p.m.___.

Date: ___FEB 2 1 2006___

_Jeffrey S. White_
The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04