HAROLD J. ROSENTHAL, ESQ. State Bar No. 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94707
(510) 981-1800 ph
(510) 981-1821 fax

Attorneys for Defendant
FETONGI SANFT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR05-00283JSW |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING** |
| vs. ) | **DATE** _____ |
| ) | |
| FETONGI SANFT, ) | |
| ) | |
| Defendant. ) | |

TO: THE CLERK OF THE ABOVE ENTITLED HONORABLE COURT:

Following consultation among government counsel, the probation officer, and defense counsel the parties agreed that good cause existed to continue defendant Fetongi Sanft's sentening presently scheduled for April 20, 2006 at 2:30 p.m. until June 8, 2006 at 2:30 p.m. Specifically, defense counsel has planned to accompany his young daughter as

concerns a trip to be conducted during her school spring break; as it turns out, the break falls squarely within the week Mr. Sanft had been scheduled for sentencing. The parties concurred that the sentencing should be continued until counsel had satisfied his obligations. The date was chosen through consultation with the court staff, and it appears the date chosen accommodated all legitimate interests, including limiting the number of sentences related to the instant prosecution to no more than three on any single day.

It is therefore stipulated, subject to the approval of the Court, that:

(1) The date presently set for sentencing in this matter, April 20, 2006 is vacated;

(2) Sentencing is reset until June 8, 2006 at 2:30 a.m.

Dated:

_____
JEFF FINIGAN, AUSA

Dated: April 15, 2006    _____
HAROLD ROSENTHAL

Attorney for Defendant Sanft

It is so ORDERED.

Dated: April 18, 2006

_____
THE HONORABLE JEFFREY S. WHITE
Judge of the United States District Court, Northern District of California