1  HAROLD J. ROSENTHAL, ESQ. State Bar No. 68380
   Attorney at Law
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Telephone: (510) 981-1800
   Facsimile: (510) 981-1800

**E-Filing**

4
   Attorneys for Defendant
5  FETONGI SANFT

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13 | UNITED STATES OF AMERICA,           )   No. CR05-00283JSW
                                         )
14 |                                     )
                Plaintiff,               )
15 |                                     )   STIPULATION AND [PROPOSED]
                                         )   ORDER CONTINUING
16 |    vs.                              )   DATE
                                         )
17 | FETONGI SANFT,                      )
                                         )
18 |                                     )
                Defendant.               )
19 |                                     )
   |_____)
20
   **TO: THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT:**
21
         Following consultation among government counsel, pretrial services, and defense
22
   counsel, the parties agree that good cause exists to continue Fetongi Sanft's sentencing
23
   presently scheduled for June 8, 2006 at 2:30 p.m. until June 29, 2006 at 2:30 p.m.
24
         It is therefore stipulated, subject to the approval of the court, that:
25
         (1) The date presently set for sentencing in this matter, June 8, 2006, is vacated;
26
         (2) Sentencing is rescheduled for June 29, 2006 at 2:30 p.m.
27

28                                            1

```
 1
 2        IT IS SO STIPULATED.
 3
 4   Dated:  6-8-06                    _____
 5                                     JEFF FINIGAN, AUSA
                                       Attorney for Plaintiff
 6
 7   Dated: June 8, 2006               _____
 8                                     HAROLD J. ROSENTHAL
                                       Attorney for Defendant
 9
10        IT IS SO ORDERED.
11
12   Dated:  JUN 0 8 2006              _____
13                                     THE HONORABLE JEFFREY WHITE
14
```

2