UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FETONGI SANFT,<br>Defendant. | Case No. 05-cr-00283-JSW-12<br><br>**ORDER DENYING MOTION TO SEAL-EXPUNGE**<br><br>Re: Dkt. No. 497 |

Defendant, acting *pro se*, has filed a motion to seal or expunge the records of the conviction in this case. To support his motion, Defendant relies on a provision of the California Penal Code that permits such relief. However, "a district court's ancillary jurisdiction is limited to expunging the record of an unlawful arrest or conviction, or to correcting a clerical error." *United States v. Groppo,* 124 F.4th 1083, 1087 (9th Cir. 2024) (quoting *United States v. Sumner*, 226 F.3d 1005, 1014 (9th Cir. 2000)). The Court "is powerless to expunge 'a valid arrest and conviction solely for equitable considerations' because such relief falls outside its ancillary jurisdiction." *Groppo*, 124 F.4th at 1088 (quoting *Sumner*, 226 F.3d at 1014).

Defendant seeks relief based solely on equitable considerations. (Mot. at 2.) Accordingly, the Court DENIES the motion.

**IT IS SO ORDERED**.

Dated: December 6, 2024

_____
JEFFREY S. WHITE
United States District Judge